**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

JOHN MARCHESE,

    *Plaintiff,*

v.                                              CASE NO.: 24-60760-CIV-DAMIAN

NATIONAL NNL GROUP, INC.,

    *Defendant.*
_____/

**DEFENDANT'S MOTION FOR EXTENSION OF
PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL**

Defendant, National Construction Services, Inc. d/b/a National NNL Group, Inc. ("Defendant"), by and through their respective undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Southern District of Florida Local Rule 7.1(a)(1)(G), (J) and 7.6, files this Motion for Extension of Pretrial Deadlines and Continuance of Trial (the "Motion"). In support of this Motion, Defendant states as follows:

**SUMMARY OF RELIEF REQUESTED**

Defendant respectfully move this Court for a four-month extension of the pre-trial deadlines in this matter, as well as a four month continuance of the current trial deadline, as the Defendant requires additional time to complete discovery, ascertain the need for experts, and meaningfully engage in possible settlement discussions in this matter.

**FACTUAL BACKGROUND**

1. Plaintiff filed his Complaint in the United Stated District Court for the Middle District of Florida on May 7, 2024. [ECF No. 1]. The complaint alleges, among other things, that Defendant discriminated against Plaintiff based on a disability.

2. On June 20, 2024, Defendant filed its Answer and Statement of Defenses to Plaintiff's Complaint. [ECF No. 8].

3. This Court entered an Order Setting Trial and Pre-trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge on October 11, 2024, [ECF No. 17], setting forth, among others, the following deadlines:

| DEADLINE | DATE |
|---|---|
| **Exchange witness summaries or reports** | December 16, 2024 |
| **Exchange rebuttal expert witness summaries or reports** | January 17, 2025 |
| **Close of discovery, including expert discovery** | February 14, 2025 |
| **Substantive pre-trial motions and *Daubert* motions** | February 28, 2025 |
| **Motions in limine** | June 2, 2025 |
| **Joint pre-trial stipulation, exhibit list, witness list, deposition designations, proposed jury instructions and verdict form, or proposed findings of fact or conclusions of law, as applicable** | June 2, 2025 |
| **Calendar call** | June 11, 2025 |
| **Two-week trial calendar** | June 16, 2025 |

4. To date, and in accordance with the Court's Order, the parties have exchanged initial disclosures, exchanged responses and documents to written discovery requests, scheduled two depositions of Defendant's employees for January 24, 2025, and tentatively scheduled Plaintiff's deposition for January 29-31, 2025, and scheduled mediation for February 20, 2025.

5. As of the date of this Motion, however, the Defendant requires additional time to complete discovery, ascertain the need for experts (including a possible medical examination) based on upcoming depositions and pending third-party discovery (and receipt of appropriate release(s) from Plaintiff authorizing same), evaluate potentially dispositive motions, and engage in meaningful settlement discussions.

6. Specifically, Defendant expects that it may need an expert to opine on whether Plaintiff suffers from a disability and another expert to opine on whether Plaintiff made reasonable efforts to mitigate his damages and/or what may have prevented him from obtaining new employment. Defendant will be in a better position to identify such experts and provide the experts with information needed after Defendant receives pending third-party discovery and after Plaintiff's deposition is completed toward the end of January 2025.

7. Accordingly, Defendant respectfully moves this Court for a four-month extension of the pre-trial deadlines in this matter, as well as a four month continuance of the current trial deadline.

8. More specifically, Defendant proposes the following extended deadlines and new proposed trial period:

| DEADLINE | DATE |
|---|---|
| **Exchange expert witness summaries or reports** | April 15, 2025 |
| **Exchange rebuttal expert witness summaries or reports** | May 17, 2025 |
| **Close of discovery, including expert discovery** | June 14, 2025 |
| **Substantive pre-trial motions and *Daubert* motions** | June 28, 2025 |

| **Motions in limine** | September 30, 2025 |
|---|---|
| **Joint pre-trial stipulation, exhibit list, witness list, deposition designations, proposed jury instructions and verdict form, or proposed findings of fact or conclusions of law, as applicable** | September 30, 2025 |
| **Calendar call** | October 9, 2025 |
| **Two-week trial calendar** | October 14, 2025 |

9. This Motion is being made in good faith and for no improper purpose. A brief extension of the pre-trial deadlines and short continuance of the trial will not prejudice any of the parties, nor will it unduly delay the proceedings.

10. In light of the foregoing, the Defendant respectfully requests that the Court grant this Motion in the interests of a fair and just resolution of this matter.

11. The Declaration of Valerie L. Hooker in support of this Motion and a proposed order granting this Motion is attached.

### CERTIFICATE OF CONFERRAL

In compliance with Local Rule 7.1(a)(3), the Defendant's counsel, Jason Gutknecht, made reasonable attempts to confer on December 12 and 13, 2024, via telephone calls and emails, but we were unable to get a response.

WHEREFORE, the Defendant respectfully request that this Honorable Court enter an Order granting this Motion, extending the pre-trial deadlines in this matter by four months, and continuing the trial in this matter from June 16, 2024, to October 14, 2023.

Case No. 24-60760-DAMIAN

Dated:  December 13, 2024.                              Respectfully submitted,

                                                           By: *s/ Valerie L. Hooker*
                                                                Valerie L. Hooker, Esq.
                                                                Florida Bar No. 113688
                                                               Email: *valerie.hooker@jacksonlewis.com*
                                                               Jason T. Gutknecht, Esq.
                                                               Florida Bar No. 1015862
                                                              Email: *jason.gutknecht@jacksonlewis.com*
                                                              JACKSON LEWIS P.C.
                                                              One Biscayne Tower, Suite 3500
                                                              Two South Biscayne Boulevard
                                                              Miami, Florida  33131
                                                              Telephone: (305) 577-7600

                                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

                                                              *s/ Valerie L. Hooker*
                                                              Valerie L. Hooker, Esq.

Case No. 24-60760-DAMIAN

## **SERVICE LIST**

Christopher S. Prater, Esq.
Florida Bar No. 105488
Email: *cprater@pollardllc.com*
Michael A. Boehringer, Esq.
Florida Bar No. 1018486
Email: *mboehringer@pollardllc.com*
Jonathan E. Pollard, Esq.
Florida Bar No. 83613
Email: *jpollard@pollardllc.com*
POLLARD PLLC
401 E. Las Olas Blvd.,
Ste. 1400
Fort Lauderdale, Florida 33031
Telephone: (954) 332-2380

*Attorneys for Plaintiff*

Valerie L. Hooker, Esq.
Florida Bar No. 113688
Email: *valerie.hooker@jacksonlewis.com*
Jason T. Gutknecht, Esq.
Florida Bar No. 1015862
Email: *jason.gutknecht@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Attorneys for Defendant*