UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60760-CIV-DAMIAN

**JOHN MARCHESE**,

    Plaintiff,

v.

**NATIONAL NNL GROUP, INC.**,

    Defendant.
_____/

### ORDER DIRECTING PLAINTIFF TO INDICATE POSITION ON MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL

**THIS CAUSE** came before the Court upon Defendant, National Construction Services, Inc. d/b/a National NNL Group, Inc.'s, Motion to for Extension of Pretrial Deadlines and Continuance of Trial, filed December 13, 2024 [ECF No. 19 (the "Motion")].

Pursuant to Local Rule 7.1(a)(3), parties are required to confer prior to the filing of a Motion. This Rule requires counsel for the nonmovant, here Plaintiff, to "cooperate and act in good faith in attempting to resolve the dispute." S.D. Fla. L.R. 7.1(a)(3). At the time of the filing of the Motion, three days ago, Defendant certified that it "was unable to get a response" after telephone calls and emails. Mot. at 4. To date, neither Plaintiff nor Defendant has filed anything indicating whether Plaintiff agrees to or opposes the relief sought in the Motion. As such, from the information available to the Court, it appears Plaintiff's counsel is in violation of the Local Rules requirement of good faith conferral. It is therefore

**ORDERED AND ADJUDGED** that Plaintiff shall indicate Plaintiff's position on the Motion in writing no **later than December 18, 2024**. Failure to timely comply with the instant

Order may result in the granting of Defendant's Motion and the imposition of further sanctions without further notice.[1]

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 16th day of December, 2024.

                                                                                         *[signature]*
                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] *See* Local Rule 7.1(a)(3) ("Failure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction, which may include an order to pay the amount of the reasonable expenses incurred because of the violation, including a reasonable attorney's fee.")