UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOHN MARCHESE,

    *Plaintiff,*

v.                                                                    CASE NO.: 24-60760-CIV-DAMIAN

NATIONAL NNL GROUP, INC.,

    *Defendant.*

_____/

**SUPPLEMENT TO DEFENDANT'S MOTION FOR
EXTENSION OF PRETRIAL DEADLINES AND
CONTINUANCE OF TRIAL**

      Defendant, National Construction Services, Inc. d/b/a National NNL Group, Inc. ("Defendant"), by and through their respective undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Southern District of Florida Local Rule 7.1(a)(1)(G), (J) and 7.6, and in response to the Court's Order [ECF No. 20], files this Supplement to Defendant's Motion for Extension of Pretrial Deadlines and Continuance of Trial [ECF No. 19]. Defendant states as follows:

**CERTIFICATE OF CONFERRAL**

      In compliance with Local Rule 7.1(a)(3), on the afternoon of December 16, 2024, the Defendant's counsel, Jason Gutknecht, conferred with Plaintiff's counsel, Micheal A. Boehringer, Esq., who advised that Plaintiff opposes the relief sought.

      WHEREFORE, the Defendant respectfully request that this Honorable Court enter an Order granting Defendant's Motion for Extension of Pretrial Deadlines and Continuance of Trial, extending the pre-trial deadlines in this matter by four months, and continuing the trial in this matter from June 16, 2024, to October 14, 2023.

Case No. 24-60760-DAMIAN

Dated:  December 16, 2024.                    Respectfully submitted,

                                                               By: *s/ Valerie L. Hooker*
                                                                      Valerie L. Hooker, Esq.
                                                                      Florida Bar No. 113688
                                                                      Email: *valerie.hooker@jacksonlewis.com*
                                                                      Jason T. Gutknecht, Esq.
                                                                      Florida Bar No. 1015862
                                                                      Email: *jason.gutknecht@jacksonlewis.com*
                                                                      JACKSON LEWIS P.C.
                                                                      One Biscayne Tower, Suite 3500
                                                                      Two South Biscayne Boulevard
                                                                      Miami, Florida  33131
                                                                      Telephone: (305) 577-7600

                                                                      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

       I hereby certify that on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

                                                                      *s/ Valerie L. Hooker*
                                                                      Valerie L. Hooker, Esq.

Case No. 24-60760-DAMIAN

## SERVICE LIST

Christopher S. Prater, Esq.
Florida Bar No. 105488
Email:  *cprater@pollardllc.com*
Michael A. Boehringer, Esq.
Florida Bar No. 1018486
Email:  *mboehringer@pollardllc.com*
Jonathan E. Pollard, Esq.
Florida Bar No. 83613
Email:  *jpollard@pollardllc.com*
POLLARD PLLC
401 E. Las Olas Blvd.,
Ste. 1400
Fort Lauderdale, Florida 33031
Telephone:  (954) 332-2380

*Attorneys for Plaintiff*

Valerie L. Hooker, Esq.
Florida Bar No. 113688
Email:  *valerie.hooker@jacksonlewis.com*
Jason T. Gutknecht, Esq.
Florida Bar No. 1015862
Email: *jason.gutknecht@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone:  (305) 577-7600
Facsimile:  (305) 373-4466

*Attorneys for Defendant*