UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOHN MARCHESE,

    *Plaintiff,*

v.                                                     CASE NO.: 24-60760-CIV-DAMIAN

NATIONAL NNL GROUP, INC.,

    *Defendant.*

_____/

**<u>RESPONSE TO ORDER DIRECTING PLAINTIFF TO INDICATE POSITION ON
MOTION FOR EXTENSION</u>**

    Plaintiff's counsel files this Response to Order Directing Plaintiff to Indicate Position on Motion for Extension (D.E. 20). The relevant factual background is laid out in the Declaration of Michael Boehringer and the Declaration of Jonathan Pollard (Exhibit A and Exhibit B). Simply stated: On Friday afternoon at 4:16 pm, Defendant's counsel emailed Mr. Boehringer and—for the first time—stated that it intended to file a motion to extend all deadlines by four months. At the time, Mr. Boehringer was out of the office because of medical care he receives for a chronic illness. Defendant's counsel did not copy the other attorneys at Pollard PLLC who are also counsel of record in this case. That includes Mr. Pollard and attorney Christopher Prater. Defendant sent its email about the Motion solely to Mr. Boehringer. Likewise, Defendant did not call the office and ask to speak with Mr. Pollard or Mr. Prater about their Motion. Either Mr. Pollard or Mr. Prater were available and would have been able to confer at that time. Two hours after sending that email solely to Mr. Boehringer, Defendant's counsel filed their motion.

    On Monday afternoon (less than a single business day after Defendant filed its Motion), the Court entered an Order stating that "it appears Plaintiff's counsel is in violation of the Local Rules requirement of good faith conferral." (D.E. 20). Also on Monday afternoon, and prior to the

Court's entry of its Order, Mr. Boehringer was able to confer with Defendant's counsel and advised him of Plaintiff's position. This factual record should dispel any notion that Plaintiff's counsel has failed to comply with the Local Rules.

Dated: December 18, 2024    Respectfully Submitted:

*s/ Jonathan E. Pollard*
Jonathan E. Pollard, Esq.
Florida Bar No. 83613
Email: *jpollard@pollardllc.com*

Christopher S. Prater, Esq.
Florida Bar No. 105488
Email: *cprater@pollardllc.com*

Michael A. Boehringer
Florida Bar No.:1018486
Email: mboehringer@pollardllc.com

**POLLARD PLLC**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
*Counsel for Plaintiff*