UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60760-CIV-DAMIAN

**JOHN MARCHESE**,

    Plaintiff,
v.

**NATIONAL NNL GROUP, INC.**,

    Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** came before the Court upon Defendant, National Construction Services, Inc. d/b/a National NNL Group, Inc.'s, Motion for Extension of Pretrial Deadlines and Continuance of Trial, filed December 13, 2024 [ECF No. 19] and Supplemental Motion for Extension of Pretrial Deadlines and Continuance of Trial, filed December 16, 2024 [ECF No. 21].

THE COURT has reviewed the Motions and the pertinent portions of the record and is otherwise fully advised. The parties indicate they cannot agree on the requested extension of pre-trial deadlines. Accordingly, it is hereby

**ORDERED** that **THIS MATTER** is set for a Status Conference on **Wednesday, January 8, 2025, at 11:00 a.m.** Counsel for each party must attend in person at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301. It is further

**ORDERED** that the deadline to exchange witness summaries or reports is **STAYED** pending the Status Conference.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of December 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE