UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-CV-60760-DAMIAN/VALLE

JOHN MARCHESE,   )
                 )
    Plaintiff,   )
                 )
vs.              )
                 )
NATIONAL NNL GROUP, INC.,   )
                 )
    Defendant.   )
_____)

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO EXCHANGE EXPERT WITNESS REPORTS AND TO COMPLETE MEDIATION**

Defendant NATIONAL NNL GROUP, INC. ("*Defendant*"), by and through its undersigned counsel and pursuant to Southern District of Florida Local Rule 7.1 and Federal Rule of Civil Procedure 6(b)(1)(A), files this Motion for Extension of Time to Exchange Expert Witness Reports and File Mediation Report. In support of this Motion, Defendant states as follows:

1. Pursuant to the current case schedule, the deadline for Defendant to exchange expert witness summaries or reports is February 19, 2025 (D.E. 27), and the deadline to complete mediation and file a mediation report is February 21, 2025 (D.E. 17). Mediation is currently scheduled for February 20, 2025.

2. The Parties had previously scheduled key depositions, including Plaintiff's deposition on January 29, 2025, and two of Defendants' employees on February 7, 2025. Those depositions were strategically scheduled to take place before the current expert witness deadline and the mediation currently scheduled for February 20, 2025.

3. The undersigned counsel's mother experienced a medical emergency on January 26, 2025, and passed away on January 28, 2025. As a result, the parties mutually agreed to postpone the scheduled depositions. The funeral service was held out of state on February 7, 2025, and counsel has since returned to work. The parties are now in the process of rescheduling the postponed depositions.

4. Given that these depositions are necessary for the preparation of expert reports and for the mediation to be effective, Defendant respectfully requests a four-week extension of the deadlines, moving the expert report deadline to March 19, 2025, and the mediation deadline to March 21, 2025.

5. Defendant submits that good cause exists and that this request is not designed to delay the proceedings.

6. Plaintiff will suffer no prejudice from the requested extension of time and has no objection to the length of time requested.

WHEREFORE, Defendant NATIONAL NNL GROUP, INC. respectfully requests that the Court enter an order extending the expert report deadline to March 19, 2025, and the mediation report deadline to March 21, 2025.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel, who indicated that Plaintiff does not oppose the relief requested herein.

DM2\20851967.1

| | |
|---|---|
| DATED this 11th day of February, 2025 | /s/ Kevin E. Vance<br>Kevin E. Vance, Esq.<br>Florida Bar No. 0670464<br>DUANE MORRIS LLP<br>Boca Center Tower II<br>5100 Town Center Circle, Suite 400<br>Boca Raton, FL 33486-1008<br>Tel: 561.962.2108<br>kevance@duanemorris.com<br>pnmendoza@duanemorris.com<br>mlchapski@duanemorris.com<br><br>Anoosheh A. Shaikh, Esq.<br>Florida Bar No. 1039830<br>DUANE MORRIS LLP<br>201 S. Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>Tel: (305) 960-2249<br>Fax: (305) 675-927<br>ashaikh@duanemorris.com<br><br>*Counsel for Defendant* |